UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | | |
|---|---|---|
| GREENWICH INSURANCE COMPANY, | : : : | |
| Plaintiff, | : : | Civil Action No.: 2:19-CV-12925 |
| v. | : : : | **PLAINTIFF GREENWICH INSURANCE COMPANY'S FRCP 7.1 DISCLOSURE STATEMENT** |
| BLUELAND TITLE AGENCY, INC. | : : | |
| Defendant. | : | |

Plaintiff Greenwich Insurance Company hereby states pursuant to Federal Rule of Civil Procedure 7.1 that Greenwich Insurance Company, a Delaware Corporation, is a direct subsidiary of XL Reinsurance America Inc. Greenwich Insurance Company is an indirect subsidiary of X.L. America, Inc., XL Financial Holdings Limited; XL Bermuda Ltd.; Exel Holdings Limited; XLIT Ltd.; XL Group, Ltd.; AXA SA; and AXA Assurance Vie Mutuelle. The ultimate indirect parent corporation of Greenwich Insurance Company is AXA SA, a company domiciled in France and no publicly held company owns 10% or more of its stock.

Dated: May 24, 2019.

             Respectfully submitted,

             GOLDBERG SEGALLA LLP

By:   /s/ Thomas J. Seery
    Thomas J. Seery, Esquire
    NJ ID: 128552015
    1700 Market Street, Suite 1418
    Philadelphia, PA 19103
    (267) 519 -6800 (PH.)
    (267) 518 – 6801 (FAX)
    tseery@goldbergsegalla.com
    *Attorney for Plaintiff*
    *Greenwich Insurance Company*