UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| GREENWICH INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BLUELAND TITLE AGENCY, INC., <br><br> Defendant. | Civil Action No. 2:19-CV-12925 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Greenwich Insurance Company, and Defendant, Blueland Title Agency, Inc., hereby stipulate and agree that the above-captioned matter shall be **DISMISSED WITH PREJUDICE**, and without costs against any party.

Respectfully submitted,

| **KENNEDYS CMK LLP** | **THE LAW FIRM OF KIM, CHOI, & KIM, P.C.** |
|---|---|
| */s/ Thomas J. Seery* <br> Thomas J. Seery, Esquire <br> NJ ID: 128552015 <br> Louis H. Kozloff, Esquire <br> Admitted *pro hac vice* <br> 1600 Market Street, Suite 1410 <br> Philadelphia, PA 19103 <br> (267) 479-6700 (PH.) <br> (215) 665-8475 (FAX) <br> thomas.seery@kennedyslaw.com <br> louis.kozloff@kennedyslaw.com <br> *Attorney for Plaintiff* <br> *Greenwich Insurance Company* | Dong Sung Kim, Esquire <br> NJ ID: 005692009 <br> 460 Bergen Blvd., #206 <br> Palisades Park, NJ 07650 <br> (201) 363-0010 <br> (201) 363-0018 <br> *Attorneys for Defendant* <br> *Blueland Title Agency, Inc.* |
| Dated: May 8, 2020 | Dated: May 08, 2020 |

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date: 5/18/20